445 F.2d 857
 UNITED STATES of America, Plaintiff-Appellee,
v.
Cephus BRADLEY, Defendant-Appellant.
No. 71-1766 Summary Calendar.*
*Rule 18, 5 Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Company of New York et al, 5 Cir. 1970,
431 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Aug. 11, 1971.
 
 Richard W. Grant, Marianna, Fla., Court-appointed for defendant-appellant.
 William Stafford, U.S. Atty., Clinton Ashmore, Asst. U.S. Atty., Tallahassee, Fla., for plaintiff-appellee.
 Appeal from United States District Court, Northern District of Florida; David L. Middlebrooks, Jr., District Judge.
 Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966